## GARROTT & BROOKS *vs.* FULLER.

[DETINUE FOR SLAVES.]

1. *Liability of sureties on detinue bond; judgment reversed in part, and rendered.*—There is no statute in this State, authorizing a summary judgment for costs against the sureties on a detinue bond, jointly with their principal, on his dismissal of the suit; and if such judgment is rendered, it will be reversed on error as to the sureties, and affirmed as to their principal.

APPEAL from the Circuit Court of Perry.

The record does not show the name of the presiding judge.

THIS was an action of detinue, instituted by Thomas H. Nelms, as the administrator of Alfred Fuller, deceased, against Elijah W. Fuller and others. The plaintiff made the affidavit, and gave the statutory bond, with I. W. Garrott and Wm. M. Brooks as his sureties, to obtain the possession of the property. At the return term of the summons, the plaintiff dismissed his suit; and the court thereupon rendered judgment for the costs against him and his sureties. From this judgment the sureties now appeal, and here assign the same as error.

GARROTT & BROOKS, *pro se.*

J. R. JOHN, *contra.*

A. J. WALKER, C. J.—There is no statute in this State, authorizing the summary judgment for costs which was rendered against the sureties on the detinue bond. The judgment must, therefore, be reversed as to the sureties, but must stand so far as the plaintiff in the action is concerned; and the cause will not be remanded.